son, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ARTHUR SACHS, Respondent, v. L. DAITCH & Co., Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNA BELLE REISMAN, Respondent, v. ALFRED H. NEWBURGER and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley, J., dissents and votes for reversal and a new trial on the ground of error in the charge.

WALTER E. HEROLD and JOHN C. DORN, as Executors, etc., of ANDREW HEROLD, Deceased, Respondents, v. EMILE CAMBEFORT and HANS FLURY, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DONATO SCUDIERI and Another, Respondents, v. GAETANO LANNI and ANNA LANNI, His Wife, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAUL BICJEN, Appellant, v. FRANK VASSI and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GRAFF and LOUIS LEON, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents on the ground that the check was given for a past due indebtedness and there was no evidence of commission of any fraud.

CONSTANTINE KAHELY, Appellant, v. NAUM A. MOKARZEL, Respondent. — Judgment so far as appealed from modified by increasing judgment in the sum of forty-eight dollars under the second cause of action for premium on workmen's compensation insurance, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

FRANCES & COMPANY, DRESSMAKERS, INC., Respondent, v. RENE HARRIS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

SAMUEL MEADOW, INC., Respondent, v. DAVID E. SINGER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HAZEL B. MURTHA, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE A. ELLIS, JR., and Others, Respondents, v. GEORGE C. VAN TUYL, JR., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GEORGE A. ELLIS, JR., and Others, Respondents, Appellants, v. GEORGE C. VAN TUYL, JR., Appellant, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WHITE OAK COAL COMPANY, Respondent, Appellant, v. PANAMA RAILROAD COMPANY, Appellant, Respondent.— Judgment affirmed, without costs. No